THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD J. SEIDEMAN,

---

* Affd., 264 N. Y. ——.                    † Revd., 263 N. Y. 594.

Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.